USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/6/20

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHAEL BURBRIDGE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION:    1:19-CV-09619-LGS-BCM |
| ADTRAN, INC., THOMAS R. STANTON, MICHAEL FOLIANO, ROGER D. SHANNON, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER
## TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA PURSUANT TO 28 U.S.C. § 1404(a)

THIS MATTER comes before the Court on Defendants' pre-motion letter regarding transfer of venue pursuant to 28 U.S.C. § 1404(a). The Court is fully advised in the matter, and for the reasons and authorities stated in Defendants' letter, good cause appears to grant the requested relief. The Court hereby ORDERS as follows:

1.    Defendants shall not be required to respond to the Complaint (Dkt. 1).

2.    This case is TRANSFERRED pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of Alabama.

3.    The pending lead plaintiff motions (Dkts. 11, 14), together with all response and reply briefing, are deferred to the presiding court in the Northern District of Alabama.

DATED: January   6 , 2020.

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**